# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| CARL P. WAGNER AND MAY CAROL WAGNER, HIS WIFE, AND JAMES R. WAGNER | : No. 810 MAL 2014 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| LARRY G. KNAPP AND BEVERLY M. KNAPP, HIS WIFE | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| SPENCER, GLEASON, HEBE & RAGUE | : |
| | : |
| | : |
| | : |
| PETITION OF: LARRY G. KNAPP AND BEVERLY M. KNAPP, HIS WIFE | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.